GERALD S. TRENBATH, Appellant, v. LIVINGSTON PLATT, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint in accordance with the order appealed from, within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of MALTESE TEXTILE CORP., for an Order Directing that an Arbitration Proceed between MALTESE TEXTILE CORP. and PILGRIM MILLS. PILGRIM MILLS, Appellant; MALTESE TEXTILE CORP., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

EUGENE A. PERKINS, Plaintiff, v. GUARANTY TRUST COMPANY OF NEW YORK and IDONAH SLADE PERKINS, Defendants. In the Matter of the Application of IDONAH SLADE PERKINS, Respondent, for an Order of Substitution of an Attorney. (WILLIAM KLEIN, Appellant.) — Order unanimously modified by directing that the question as to whether William Klein had fully performed the terms of his retainer and the question of the extent and amount of his lien upon the cause of action, the stock and the papers in his possession, be referred to an official referee, to hear and report to the Special Term, and, upon the coming in of such report that the fee be fixed and provision for payment thereof be made as set forth in the terms of the retainer, bearing date August 11, 1936, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LOU J. WEITZMAN, Respondent, v. LOOSE-WILES BISCUIT COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.